■ In the Matter of the Arbitration between BURN & BLOOMGARDEN, INC., Appellant, and THOMAS SHIRT, INC., Respondent. H. A. SHERMAN, as Secretary-Treasurer of General Arbitration Council of the Textile Industry, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent-

respondent. No opinion. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.